**Order entered January 29, 2020**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01330-CV

### IN RE BILLY JOE CAMPBELL, Relator

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81619-2012**

## ORDER

On October 30, 2019, relator filed a petition for writ of mandamus. On November 18, 2019, the Court requested a response from the real party in interest and respondent. The Court has discovered that, due to a clerical error, the order requesting a response was transmitted to the Dallas County District Attorney rather than the Collin County District Attorney.

To allow the real party in interest and respondent an opportunity to respond, the Court requests that the real party in interest and respondent file their responses, if any, to the petition for writ of mandamus within **TWENTY DAYS** of the date of this order.

Relator's January 23, 2020 motion requesting issuance of writ of mandamus is **DENIED** as premature.

We **DIRECT** the Clerk of the Court to transmit a copy of this order to the Honorable Andrea Thompson, Presiding Judge, 416th Judicial District Court; and John R. Rolater, Jr., Assistant Collin County Criminal District Attorney. We **DIRECT** the Clerk of the Court to mail

a copy of this order, by first class mail, to Billy Joe Campbell, TDCJ No. 01927270, Pack Unit, 2400 Wallace Pack Road, Navasota, Texas 77868.

/s/     DAVID L. BRIDGES
        JUSTICE